UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
YAO FIDELE KOUADIO,                                                    :
                                                                       :
                              Plaintiff,                               :
                                                                       :       24 Civ. 5156 (JPC)
        -v-                                                            :
                                                                       :       ORDER
BCPE EMPIRE TOPCO, INC., *et al.*,                                     :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Under the terms of the Court's August 12, 2024, order at Docket Number 6, the parties were required to submit a joint letter to the Court by August 28, 2024, addressing the following in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction[1] and venue lie in this Court;

(3) A brief description of all outstanding motions and/or all outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving the action.

---

[1] As Defendants invoke this Court's diversity jurisdiction in their notice of removal, Dkt. 1 ¶ 1, and one Defendant appears to be a limited liability company, the parties are directed to address specifically whether the notice of removal sufficiently alleges the citizenship of that limited liability company. *See Catskill Litig. Trust v. Park Place Entm't Corp.*, 169 F. App'x 658, 659 (2d Cir. 2006) ("[T]he citizenship of a limited liability corporation is determined by reference to the citizenship of its members."); *accord Handelsman v. Bedford Village Associates Limited Partnership*, 213 F.3d 48 (2d Cir. 2000).

Dkt. 6 at 1-2.  By that same date, the parties were also required to submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.  *Id.* at 2.  That deadline has passed, and the docket does not reflect the entry of such a joint letter.  The Court *sua sponte* extends the deadline for the joint letter to August 30, 2024.  If the parties have not filed a joint letter by that date, the Court will order the parties to appear for a status conference on this matter.

    SO ORDERED.

Dated: August 29, 2024
       New York, New York

                                              JOHN P. CRONAN
                                          United States District Judge