UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                     :

YAO FIDELE KOUADIO,                                               :
                                                                 :
                   Plaintiff,              :
                                                                 :          24 Civ. 5156 (JPC)
        -v-                                              :
                                                                 :          ORDER
BCPE EMPIRE TOPCO, INC., *et al.*,                               :
                                                                 :
               Defendants.             :
                                                                 :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court is in receipt of the parties' proposed Case Management Plan ("CMP") filed at

Docket Number 9.  In the CMP, the parties have indicated that they consent to conducting all

further proceedings before a United States Magistrate Judge, including motions and trial.  *Id.* at 1;

*see* 28 U.S.C. § 636(c).  Should the parties wish to consent to the jurisdiction of a U.S. Magistrate

Judge, the parties may submit a Notice of Consent, which may be found at

https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, no later than

September 3, 2024.  By that same date, the parties shall advise the Court on whether the Initial

Pretrial Conference scheduled for September 4, 2024, should proceed.

        SO ORDERED.

Dated: August 30, 2024
       New York, New York                           _____
                                     JOHN P. CRONAN
                              United States District Judge